**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **YOUSEF ALHINDI,** ***individually and on behalf of all others similarly situated,***<br><br>**Plaintiff,**<br>**v.**<br><br>**SANITAS USA, INC., MEHARRY HEALTH NETWORK, P.C., and GUIDEWELL-SANITAS I, LLC,**<br><br>**Defendants.** | **Case No. 1:25-cv-22910** |

**UNOPPOSED MOTION TO STRIKE AND SUBSTITUTE ECF NO. 26**

Defendants Sanitas USA, Inc. and Guidwell-Sanitas I, LLC. hereby move this Court, without opposition from Plaintiff Yousef Alhindi ("Plaintiff"), for an Order (i) striking the document erroneously filed at ECF No. 26, (ii) substituting the erroneous filing for the corrected Joint Motion to Compel Arbitration and Compliance with the Parties' Agreed Dispute Resolution Process and Incorporated Memorandum of Law ("Motion to Compel Arbitration") filed at ECF No. 28, and (iii) deeming the Motion to Compel Arbitration as having been filed at ECF No. 26. In support of their request, Defendants state as follows:

1. On October 6, 2025, Defendants filed a Motion titled *Joint Motion to Compel Arbitration and Compliance With the Parties' Agreed Dispute Resolution Process and Incorporated Memorandum of Law* as reflected on the docket as ECF No. 26.

2. Due to a clerical error, the document filed at ECF No. 26 was a duplicate of the *Joint Motion of Defendants Sanitas USA, Inc. and Guidewell Sanitas I, LLC to Dismiss Plaintiff's*

*Class Action Complaint and Incorporated Memorandum of Law* [ECF No. 27] ("Motion to Dismiss").

3. Upon learning of the error, Defendants filed the corrected Motion to Compel Arbitration earlier today. *See* ECF No. 28.

4. Defendants now seek to strike the erroneous duplicate filing at ECF No. 26 and to substitute the correct Motion to Compel Arbitration for the erroneous filing. In addition, Defendants request that the Court deem the corrected Motion to Compel Arbitration to have been filed at ECF No. 26, prior to the Motion to Dismiss filing at ECF No. 27.

5. Counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff does not oppose the striking and substitution Defendants seek. Accordingly, no party will be prejudiced by the requested relief, nor will the relief cause any delay in the administration of this action.

WHEREFORE, for all the foregoing reasons, Defendants Sanitas USA, Inc. and Guidwell-Sanitas I, LLC, request that the Court enter an order: (i) granting its Unopposed Motion to Strike and Substitute ECF No. 26; (ii) substituting the corrected Motion to Compel Arbitration filed at ECF No. 28 for the erroneously filed ECF No. 26; and (iii) deeming the corrected Motion to Compel Arbitration to have been filed at ECF No. 26.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a), undersigned counsel hereby certifies that Defendants' counsel conferred with Plaintiff's counsel by email on October 7, 2025, regarding the relief sought in this motion, and Plaintiff does not oppose the relief Defendants request.

Dated: October 7, 2025

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

By: *Eva M. Spahn*
Eva M. Spahn
Florida Bar No. 92063
Email: Eva.Spahn@gtlaw.com
Angelika Hunnefeld
Florida Bar No. 70246
Email:HunnefeldA@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

Gregory E. Ostfeld
(*pro hac vice pending*)
Meredith R. Mandell
(*pro hac vice pending*)
**GREENBERG TRAURIG, LLP**
360 North Green Street, Suite 1300
Chicago, IL 60607
(312) 456-8400
ostfeldg@gtlaw.com
Meredith.Mandell@gtlaw.com

*Attorneys for Defendants, Sanitas USA, Inc. and Guidewell-Sanitas I, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: *Eva M. Spahn*
Eva M. Spahn